# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| JOSHUA DAVIS, | ) Chapter 7 |
| Debtor. | ) Case No.: 20B-00032 |
| LAW OFFICES OF ARNOLD H. LANDIS, P.C., | ) |
| Plaintiff, | ) Adversary No. 20-AP-00147 |
| vs. | ) |
| JOSHUA DAVIS, | ) |
| Defendant. | ) |

## NOTICE OF OBJECTION TO MOTION TO DISMISS ADVERSARY PROCEEDING [DKT. NO. 5] AND CERTIFICATE OF SERVICE

To:   See Attached Service List

Please take notice that Plaintiff hereby objects to Defendant's Motion to Dismiss Adversary Proceeding [Dkt. No. 5], which is scheduled for presentment on June 18, 2020, at 10:00am before the Honorable Judge Doyle.

### CERTIFICATE OF SERVICE

Arnold H. Landis, being duly sworn on oath, deposes and says that he served the above and foregoing notice on the above-named parties pursuant to Section II (B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants and/or via United States Mail, postage prepaid on June 16, 2020.

Law Offices of Arnold H. Landis, P.C.

By:   /s/ Arnold H. Landis            .
       Arnold H. Landis, its attorney

Law Offices of Arnold H. Landis
77 W. Washington, Ste. 702
Chicago, Illinois 60602
(312) 236-6268

## **SERVICE LIST**

**VIA ECF**

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
davidsiegelbk@gmail.com


**VIA REGULAR MAIL**

Joshua A. Davis
854 Ridge Ave
Apt. 1
Evanston, IL 60202