UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>JOSHUA A. DAVIS<br><br>Debtor(s)<br>LAW OFFICES OF ARNOLD H. LANDIS, P.C.<br><br>Plaintiff(s)<br>JOSHUA A. DAVIS<br><br>Defendant(s) | BK No.: 20-00032<br>Chapter: 7<br>Honorable Carol A. Doyle<br><br>Adv. No.: 20-00147 |

### ORDER DISMISSING ADVERSARY PROCEEDING
### AND GRANTING LEAVE TO FILE AMENDED COMPLAINT

THIS MATTER coming to be heard on the Motion to Dismiss Adversary Proceeding of the Defendant, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. This Adversary Proceeding, 20-00147, is dismissed.

2. The plaintiff is granted until July 16, 2020 to file an amended complaint.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: June 18, 2020

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100