UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Joshua A. Davis<br><br>Debtor(s)<br>Law Offices of Arnold H. Landis, P.C.<br><br>Plaintiff(s)<br>Joshua A. Davis<br><br>Defendant(s) | BK No.: 20-00032<br><br>Chapter: 7<br><br>Honorable Carol A. Doyle<br><br>Adv. No.: 20-00147 |

**Order Denying Motion for Relief from Judgment**

This matter coming before the court for hearing on Plaintiff's motion for relief from judgment or order,

IT IS ORDERED: The motion is denied for the reasons stated on the record in open court.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 17, 2020